RCC

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(a) PLAINTIFFS**
Matthew Vassil, Anthony Vassil, Joyce Vassil

**DEFENDANTS**
Glenbard Township School District #87, Illinois State Board of Education, Michael Meissen, Chris Kock

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DuPage
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Charles P. Fox, 3710 Commerical Ave. Ste 6, Northbrook, IL 60062

Attorneys (If Known)
Darcy Kriha, Franczek Sullivab, 300 S. Wacker, Ste.3400, Chicago, IL 60606

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[X] 440 Other Civil Rights

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Appeal of IDEIA case
20 U.S.C. §1400 et seq.

## IX. This case

[X] is not a refiling of a previously dismissed action.

**DATE:** 2-20-08

SIGNATURE OF ATTORNEY OF RECORD
/s/ Charles P. Fox

**08 C 1056**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**