**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1056

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number:

Matthew Vassil, Anthony Vassil, Joyce Vassil
v.
Glenbard Township High School #87, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew Vassil
Anthony Vassil
Joyce Vassil

JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| NAME (Type or print) Charles P. Fox | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Charles P. Fox | |
| FIRM Law Office of Charles P. Fox | |
| STREET ADDRESS 3710 Commercial Ave. Ste. 6 | |
| CITY/STATE/ZIP Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6193023 | TELEPHONE NUMBER 847-205-9897 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ] APPOINTED COUNSEL [ ] N/A | |