## Kriha, Darcy L.

| | |
|---|---|
| **From:** | cfoxatty@earthlink.net |
| **Sent:** | Friday, October 26, 2007 10:56 PM |
| **To:** | Judge Dempsey |
| **Cc:** | Kriha, Darcy L.; Joyce Vassil; Lisa Hannum |
| **Subject:** | Clarification on decision in Matt V. and Glenbard |

Judge Dempsey: I writing to seek clarification regarding the decision in this case file on October 25, 2007. One of the threshold legal issues that both sides argued was whether placements such as PACE, Elmhurst College, COD etc are legally within the ambit of IDEIA ?

It appears to be an inference from the remedies paragraphs that such placements in your view are within the ambit of the law. I am seeking a clarification as to an express legal finding on this issue.

Thank your for considering this request for clarification.

Respectfully,

Charlie Fox

The contents of this email are confidential and only intended for the recipient to whom it is addressed



1