**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No. 08 C 1056 |
| Matthew Vassil, et al., | Judge Kennelly |
| Plaintiffs, | Magistrate Judge Ashman |
| vs. | |
| Glenbard Township High School District #87, et al., Defendants. | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Glenbard Township High School District 87 and Michael Meissen**

| |
|---|
| NAME(Type or Print) <br><br> Katie L. Belpedio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> s/Katie L. Belpedio |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions) <br> 06285731 | TELEPHONE NUMBER <br> Phone:  (312) 786-6160 Fax:  (312) 986-9192 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE          YES ☐          NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE          YES ☐          NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |