UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Matthew Vassil, et al.

                        Plaintiff,

v.                                                             Case No.:
1:08−cv−01056

Honorable Matthew F. Kennelly

Dist 87 Glenbard Township High School District 87, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 4/21/2008 with attorneys for both sides. The case is to be referred to Magistrate Judge Ashman to conduct a settlement conference. Plaintiffs 9; motion for summary judgment is to be filed by 8/29/2008; response and cross motion is due by 10/3/2008; reply is due by 10/17/2008; reply on cross−motion, limited to any new issues raised in the cross−motion, is due by 10/31/2008. Leave to file answer to counterclaim instanter is granted. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.