# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Matthew Vassil, et al.

Plaintiff,

v.

Case No.:
1:08−cv−01056

Honorable Matthew
F. Kennelly

Dist 87 Glenbard Township High School District 87,
et al.

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(or, )

Dated: April 21, 2008

/s/ Matthew F. Kennelly

United States District Judge