**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

- ☐ **TOO VOLUMINOUS**
- ☐ **TRANSCRIPT**
- ☐ **QUALITY NOT LEGIBLE**
- ☐ **FONT TOO SMALL**
- ☐ **PHOTOGRAPHS**
- ☑ **OTHER** <u>Certified Copy of Administrate Record</u>

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. TO 4:30 PM. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.**