# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Matthew Vassil, *et al.*, Plaintiffs,

v.

Glenbard Township High School Dist. #87, *et al.*, Defendants.

Case Number:   08 CV 01056

*Judge Ashman*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Illinois State Board of Education, defendant

| NAME (Type or print) |
| --- |
| James A. Lang |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ |

| FIRM |
| --- |
| Office of the Attorney General |

| STREET ADDRESS |
| --- |
| 100 W. Randolph Street, 13th Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC No. 621110 | (312) 814-5694 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

FILED MAY 19 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT