UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW VASSIL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 C 1056 |
| GLENBARD TOWNSHIP HIGH ) | |
| SCHOOL DISTRICT #87, *et al.*, ) | Magistrate Judge Martin Ashman |
| ) | |
| Defendants. ) | |

### DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S ANSWER

NOW COMES defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, and for its Answer to the First Amended Complaint and pursuant to 20 U.S.C. § 1415(i)(2)(C), submits the Administrative Record in this matter, consisting of four volumes, filed manually, and encompassing a Certification of Record, index and pages bates numbered 1 through 1234.

May 19, 2008

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

JAMES A. LANG
Assistant Attorney General
General Law Bureau
100 W Randolph St, 13th FL
Chicago IL 60601
(312) 814-5694
jlang@atg.state.il.us

**CERTIFICATE OF SERVICE**

The above-signed, an attorney of record, states that a copy of the attached Answer was served May 19, 2008 by electronic filing pursuant to Rule XI of this Court's General Order on Electronic Case Filing.