### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MATTHEW VASSIL**, *et al.*, )  ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. 08 C 1056 |
| **GLENBARD TOWNSHIP HIGH** ) **SCHOOL DISTRICT #87**, *et al.*, ) ) | Hon Judge Matthew F. Kennelly Magistrate Judge Martin Ashman |
| **Defendants.** ) | |

### DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S UNCONTESTED MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, states for its Fed.R.Civ.P. 12(c) uncontested motion for judgment on the pleadings:

Defendant Illinois State Board of Education was named as a nominal party for the purposes of providing the record of the proceedings in this matter. On May 19, 2008, Defendant filed its Answer consisting of the complete administrative record and a copy was provided to all counsel. The Complaint requests no further relief from Defendant Illinois State Board of Education.

No party objects to the entry of judgment as requested in this motion.

**WHEREFORE**, Defendant Illinois State Board of Education moves for judgment on the pleadings, and for such other relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:      (312) 814-5694<br>Fax:          (312) 814-4425<br>jlang@atg.state.il.us |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this June 9, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| CHARLES PAUL FOX<br>ATTORNEY AT LAW<br>3710 COMMERCIAL AVE #6<br>NORTHBROOK IL  60002<br><br>by CM/ECF | JOHN ALEXIS RELIAS<br>FRANCZEK SULLIVAN P.C.<br>300 S WACKER DR, STE 3400<br>CHICAGO, IL 60606-6785<br><br>by CM/ECF |