# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MATTHEW VASSIL,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.  08 C 1056 |
| ) | |
| **GLENBARD TOWNSHIP HIGH** ) | Hon Judge Matthew F. Kennelly |
| **SCHOOL DISTRICT #87,** *et al.*, ) | Magistrate Judge Martin Ashman |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 18, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Rule 12(c) Motion**, a copy of which has been served upon you, at which time and place you may appear.

|   |   |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:      (312) 814-5694<br>Fax:          (312) 814-4425<br>jlang@atg.state.il.us |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this June 9, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| CHARLES PAUL FOX | JOHN ALEXIS RELIAS |
| ATTORNEY AT LAW | FRANCZEK SULLIVAN P.C. |
| 3710 COMMERCIAL AVE #6 | 300 S WACKER DR, STE 3400 |
| NORTHBROOK IL  60002 | CHICAGO, IL 60606-6785 |
| by CM/ECF | by CM/ECF |