IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 13 2008
JUN 13 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Matthew Vassil, Joyce Vassil and Anthony Vassil,
　　　　　　　Plaintiff,

v.

Glenbard High School District et al.,
　　　　　　　Defendant.

Case No. 08 C 1056

Magistrate Judge
Martin C. Ashman

## STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before August 15, 2008 (Date) for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 13th day of June, 2008.

_____　　　_____
Attorney for Plaintiff　　　　　　　Attorney for Defendant