# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1056 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Vassil vs. Glenbard | | |

**DOCKET ENTRY TEXT**

Motion for judgment on the pleadings is granted. Claims against Illinois State Board are dismissed with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|