# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1056 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Vassil vs. Glenbard High School District | | |

**DOCKET ENTRY TEXT**

Defendant Christopher Koch is dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|