

# FILED
JUN 13 2008
JUN 1 3 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

Case Title

*Matthew Vassil, Joyce Vassil and Anthony Vassil*

V.

*Glenbard High School District et al.*

Case Number: 08 C 1056

Assigned Judge: Kennelly

Designated
Magistrate Judge: Ashman

    In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

6-12-08
Date

By: _____
Signature

Matt Vassil, Kelly Vassil, Joyce Vassil
Name of Party or Parties

6-13-08
Date

By: John Gabalis
Signature

Downers Grove School District (Glenbard High School)
Name of Party or Parties

_____
Date

By: _____
Signature

_____
Name of Party or Parties

_____
Date

By: _____
Signature

_____
Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.