# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1056 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Matthew Vassil, et al. vs. Glenbard Township High School District 87, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation to dismiss of the parties, this matter is dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before 8/15/2008 for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | IS |
|---|---|---|